**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Case No: 8:21-cv-2932-SCB-JSS

NEW MARKET REALTY, LLC,

    *Plaintiff/Counterclaim Defendant,*

v.

GREAT LAKES INSURANCE SE,

    *Defendant/Counterclaim Plaintiff.*

_____/

## **PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE COMPLAINT**

**COMES NOW,** Plaintiff, NEW MARKET REALTY, LLC, by and through the undersigned attorneys, and hereby files this Motion for Leave to Amend the Complaint filed in this matter on November 9, 2021, and state as follows:

1. Plaintiff just determined that the correct entity for filing this lawsuit is New Market Realty 1L, LLC. The property at issue was owned by New Market Realty 1L, LLC at the time of the loss. The insurance policy at issue was amended to name New Market Realty 1L, LLC as the named insured in Endorsement #1. (See policy attached to the Complaint).

2. This request is made in good faith and not for purposes of unnecessary delay. The proposed Amended Complaint is attached as **Exhibit A** hereto.

3. Plaintiff has not previously amended the Complaint.

4. Defendant will not be prejudiced by this amendment and the amendment is requested to promote the furtherance of justice, and the same shall be given freely when justice so requires.

5. *Laurencio v. Deutsche Bank Nat. Trust Co.*, 65 So. 3d 1190, 1193 (Fla. 2d DCA 2011), provides that public policy favors the liberal amendment of pleadings, and courts should resolve all doubts in favor of allowing the amendment of pleadings to allow cases to be decided on their merit.

6. Plaintiff counsel has conferred with Defendant's counsel and has been informed that the Defendant has no objection allowing New Market Realty, LLC to amend the complaint.

7. New Market Realty 1L, LLC has the same owner, Joseph D. Lovett, as New Market Realty, LLC. However, the Corporate Disclosure will need to be amended to list Keisha C. Latimore as an authorized member.

8. If this motion is granted, Plaintiff will file the amended complaint and corporate disclosure within 5 days of this Court allowing Plaintiff to amend the complaint. Plaintiff has agreed to allow Defendant 10 days to file a response to the amended complaint from when the Amended Complaint is filed with the Court.

**WHEREFORE,** Plaintiff, NEW MARKET REALTY, LLC, respectfully request that this Court to enter an Order granting this motion for leave to amend the complaint to substitute Plaintiff with New Market Realty 1L, LLC, and for any additional relief this Court deems appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on Defendant's attorneys via transmission of Notices of Filing generated by CM/ECF. listed below:

Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
1 Financial Plaza, Suite 1620
Fort Lauderdale, Florida 33394
David B. Levin, Esq.
Brian Fernandez, Esq.
Timothy Goff, Esq.

        HAAHR LAW GROUP, PL
        4159 Central Avenue
        St. Petersburg, FL 33713
        Telephone: (727) 896-7777
        Facsimile: (727) 896-3999

By: <u>/s/ Hans Peter Haahr</u>
   **Hans Peter Haahr, Esq.**
   Fla. Bar No.: 0568457